IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| MADDIE McCURRY<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS LEWIS, individually, and in his official capacity as member and/or Chief Manager of HOME BOYS, LLC and as agent for ACTION REALTY, a/k/a ACTION REALTY-CENTURY 21; HOME BOYS, LLC; ACTION REALTY, INC., a/k/a ACTION REALTY-CENTURY 21; PAULETTE DENISE STRINGFELLOW, Individually, and as Appraiser; TERI JACKSON, individually, and in her official capacity as Home Mortgage Consultant/Mortgage Specialist at WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, NA and a/k/a WELLS FARGO HOME MORTGAGE; and JOHN DOE'S NUMBERS 1, 2, 3 and 4<br><br>    Defendant. | NO. 1-05-1375 TAN |

## ~~PROPOSED~~ ORDER GRANTING WELLS FARGO'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendants Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A. ("Wells Fargo") and Teri Jackson move to extend time to submit a response to the Complaint filed by Plaintiff in this action. Plaintiff does not oppose this request.

IT IS THEREFORE ORDERED that this Motion to Extend Time to Respond to Plaintiff's Complaint is granted and Wells Fargo and Teri Jackson shall be allowed up to and including January 25, 2006 within which to submit a response to the complaint.

_S. Thomas Anderson_
JUDGE
Date: December 29, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12-30-05

M BET 922141 v1
0-0 12/28/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:05-CV-01375 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Bradley E. Trammell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT